# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DANNY MURRAY,**

    Plaintiff,

v.                                                                                                                                                            No. 16-cv-0447 JCH/SMV

**STAFF AT SOUTHWESTERN NEW MEXICO**
**CORRECTIONAL FACILITY,**
**BOB MIYAGASHEIMA,**
**LOUIS HERNANDEZ, K. HODGES,**
**FNU VIAZ, FNU SANCHEZ,**
**JAMES MULHERON,**
**SUSANA MARTINEZ, and GREG MARCANTEL,**

    Defendants.

## ORDER FOR REDACTION

THIS MATTER is before the Court sua sponte under rule 5.2 of the Federal Rules of Civil Procedure. The Court notes that Plaintiff Danny Murray has included his complete social security number and date of birth on three filings with the Court. [Docs. 1, 2, 3]. This information is not relevant or necessary for the civil rights claims asserted by Plaintiff in this case, and should not be included on Court filings under the provisions of rule 5.2(a). The Court will direct the Clerk to substitute redacted copies of the three documents. The Court also notifies Plaintiff that he should not include his social security number or date of birth in any future filings with the Court unless Plaintiff intends to waive his privacy protections under rule 5.2. Any further filings by Plaintiff that include his complete social security number or date of birth will be deemed to be a waiver of the privacy protections pursuant to Fed. R. Civ. P. 5.2(h).

**IT IS ORDERED** that the Clerk **REDACT** Plaintiff's social security number and date of birth from [Doc. 1] at 1, [Doc. 2] at 1 and 4, and [Doc. 3] at 2, and substitute redacted copies of those documents in the Court record.  Any further filings by Plaintiff that contain his social security number of date of birth will be deemed to be a waiver of the privacy protections of Fed. R. Civ. P. 5.2.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**